

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00026-CR

| | | |
|---|---|---|
| ROBERT LEE FLEEKS, Appellant | § | On Appeal from the 78th District Court |
| | § | of Wichita County (57,769-B) |
| V. | § | October 8, 2020 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
      Justice Dana Womack